J-E01004-25                2026 PA Super 43

| | | |
|---|---|---|
| DANA BURNLEY AND RALPH BURNLEY, H/W | : : : : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : : : : : | |
| LOEWS HOTEL, PHILADELPHIA HOTEL OPERATING COMPANY, INC., TWELFTH STREET HOTEL ASSOCIATES, AUDIO VISUAL SERVICES GROUP, INC. D/B/A PSAV PRESENTATION SERVICES, LAWALL COMMUNICATIONS, CHECKERS INDUSTRIAL PRODUCTS, CHECKERS SAFETY GROUP, CHECKERS INDUSTRIAL SAFETY PRODUCT, FIREFLY CABLE PROTECTORS, LINEBACKER  CABLE MANAGEMENT AND ASCENDANT VENTURES, INC. | : : : : : : : : : : : : : : : : : | No. 370 EDA 2023 |
| v. | : : : : : | |
| INDUSTRY ADVANCED TECHNOLOGIES, INC., ASCENDANT VENTURES, INC., FALLINE CORPORATION, FOH PRODUCTIONS, EVAN ANDREWS, EVAN ANDREWS DESIGN AND ALLEN PRICE, PRICE PRODUCTIONS, LLC AND CHRISTOPHER HASSFURTHER | : : : : : : : : : : : | |
| APPEAL OF: CHECKERS INDUSTRIAL PRODUCTS, LLC | : : | |

Appeal from the Judgment Entered January 10, 2023
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  160901257

| | | |
|---|---|---|
| DANA BURNLEY AND RALPH BURNLEY, H/W | : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |

J-E01004-25

|                                                    | : |                    |
|----------------------------------------------------|---|--------------------|
| Appellants                                         | : |                    |
|                                                    | : |                    |
|                                                    | : |                    |
|                                                    | : |                    |
| v.                                                 | : |                    |
|                                                    | : |                    |
|                                                    | : |                    |
|                                                    | : | No. 485 EDA 2023   |
| LOEWS HOTEL, PHILADELPHIA                           | : |                    |
| HOTEL OPERATING COMPANY, INC.,                      | : |                    |
| TWELFTH STREET HOTEL                                | : |                    |
| ASSOCIATES, AUDIO VISUAL                            | : |                    |
| SERVICES GROUP, INC. D/B/A PSAV                     | : |                    |
| PRESENTATION SERVICES, LAWALL                       | : |                    |
| COMMUNICATIONS, CHECKERS                            | : |                    |
| INDUSTRIAL PRODUCTS, CHECKERS                       | : |                    |
| SAFETY GROUP, CHECKERS                              | : |                    |
| INDUSTRIAL SAFETY PRODUCT,                          | : |                    |
| FIREFLY CABLE PROTECTORS,                           | : |                    |
| LINEBACKER  CABLE MANAGEMENT                        | : |                    |
| AND ASCENDANT VENTURES, INC.                        | : |                    |
| v.                                                 | : |                    |
|                                                    | : |                    |
|                                                    | : |                    |
| INDUSTRY ADVANCED                                   | : |                    |
| TECHNOLOGIES, INC., ASCENDANT                       | : |                    |
| VENTURES, INC., FALLINE                             | : |                    |
| CORPORATION, FOH PRODUCTIONS,                       | : |                    |
| EVAN ANDREWS, EVAN ANDREWS                          | : |                    |
| DESIGN AND ALLEN PRICE, PRICE                       | : |                    |
| PRODUCTIONS, LLC AND                                | : |                    |
| CHRISTOPHER HASSFURTHER                             | : |                    |

Appeal from the Judgment Entered January 10, 2023
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  160901257

BEFORE:  LAZARUS, P.J., BOWES, J., PANELLA, P.J.E., DUBOW, J.,
McLAUGHLIN, J., KING, J., SULLIVAN, J., BECK, J., and LANE, J.

CONCURRING OPINION BY KING, J.:          **FILED MARCH 5, 2026**

I agree with the Lead Opinion's decision to affirm in this case and echo

the points of departure from the Lead Opinion addressed in Judge Beck's

- 2 -

Concurring Opinion.

I write separately to note my agreement with Judge Bowes, to the extent that she advocates for the wholesale rejection of the product line exception by our Supreme Court or by this Court *en banc*, where the issue of the continued applicability of the exception is properly preserved for review. As well-articulated by Judge Bowes in her Dissenting Opinion, adoption of the product line exception can have a chilling effect on businesses, and "in no way serves the policy goal of encouraging modified behavior by the tortfeasor." (**See** Dissenting Opinion at 18-20).

As my colleagues have noted in the Concurring Opinion and Dissenting Opinion, however, Checkers waived any challenge to the continued viability of the product line exception in Pennsylvania. That challenge aside, I am constrained to agree with the Lead Opinion's decision to affirm for the reasons set forth therein, subject to the points of departure outlined in Judge Beck's Concurring Opinion.

Therefore, I respectfully concur in the result reached by the Lead Opinion.